# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:20-CV-1144-LCB-JEP

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>OMNICELL, INC.,<br><br>Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

All parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and through undersigned counsel, hereby stipulate and agree that this action and all claims or counterclaims of any nature which were asserted, or which could have been asserted, by the Parties herein are dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted this the 23rd day of May, 2022.

/s/ Mark A. Stafford
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC  27103
Telephone: (336) 774-3333
Facsimile: (336) 774-3379
E-Mail: mark.stafford@nelsonmullins.com

*Attorneys for Becton, Dickinson and Company*

 /s/ William S. Cherry III
Michael T. Medford, N.C.S.B. #7227
William S. Cherry III, N.C.S.B. #33860
MANNING FULTON & SKINNER, PA
3605 Glenwood Avenue, Suite 500
Raleigh, NC 27619
Telephone:  (919) 787-8880
Facsimile:   (919) 325-4600
E-Mail:  medford@manningfulton.com
           cherry@manningfulton.com

*Attorneys for Omnicell, Inc.*

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing ***Joint Stipulation of Dismissal with Prejudice*** was electronically filed through the Court's electronic-filing system and duly served this day on all parties via electronic mail (E-Mail) through the Court's electronic-filing system, addressed as follows:

  Mark A. Stafford
  Nelson Mullins Riley & Scarborough, LLP
  380 Knollwood Street, Suite 530
  Winston-Salem, NC 27103
  mark.stafford@nelsonmullins.com

This the 23rd day of May, 2022.

      /s/ William S. Cherry III
      William S. Cherry III, N.C.S.B. #33860
      MANNING FULTON & SKINNER P.A.
      *Attorneys for Omnicell, Inc.*
      3605 Glenwood Avenue, Suite 500
      Post Office Box 20389
      Raleigh, North Carolina 27619-0389
      Telephone: (919) 787-8880
      Facsimile: (919) 325-4600
      E-Mail: cherry@manningfulton.com